SCAD-11-0000162

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

EARLE A. PARTINGTON, Respondent.

---

ORIGINAL PROCEEDING
(ODC 10-079-8913)

<u>ORDER DENYING REINSTATEMENT</u>
(By:  Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ.,
and Intermediate Court of Appeals Chief Judge Nakamura,
in place of Acoba, J., recused)

Upon consideration of Respondent Earle A. Partington's January 31, 2012 affidavit and the record, it appears that Respondent Partington's affidavit does not comply with Rule 2.17(b) of the Rules of the Supreme Court of the State of Hawai'i (RSCH) (to wit, that an attorney suspended for one year or less aver, for the period of suspension, that he "has complied with the suspension order . . . ."). Therefore,

IT IS HEREBY ORDERED that Respondent Partington's reinstatement is denied, without prejudice to the filing of an affidavit complying with RSCH Rule 2.17(b).

DATED:  Honolulu, Hawai'i, February 8, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/S/ Craig H. Nakamura

